| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § | NO. 1:16-CR-65 |
| DEANDRE JACOBY THIBODEAUX | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The court referred the Defendant, Deandre Jacoby Thibodeaux's, *Pro Se Motion for Time Served* (Doc. No. 69) to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. Neither party filed objections, and the deadline for doing so has passed. The court has received and considered the Report of the United States Magistrate Judge (Doc. No. 70) and finds that the findings of fact and conclusions are correct, and the report is thus **ADOPTED**. It is therefore,

**ORDERED** that the Defendant, Deandre Jacoby Thibodeaux's, *Pro Se Motion for Time Served* (Doc. No. 69) is **DENIED**.

SIGNED at Beaumont, Texas, this 12th day of December, 2023.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE